United States Courts
Southern District of Texas
ENTERED

DEC 0 7 2006

Michael N. Milby, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| AMPRO ENERGY, L.P. | § | CASE NO. 06-34291-H3-11 |
| | § | (Chapter 11) |
| DEBTOR | § | |

### AGREED ORDER
[This Order Pertains To Docket # 25, 27 and 30]

On December 5, 2006, appearing by and through their counsel of record, Stephen Brownell, TMS Energy Services, TXU Portfolio Management Company LP, the Debtor, and the U.S. Trustee announced to the Court that agreements have been reached regarding various disputed matters. The Court finds that the terms of such agreements are in the best interests of the estate and the creditors and, therefore, makes the following orders:

IT IS ORDERED that the Motion to Dismiss Case filed by Stephen Brownell on 10/3/06 (Docket #25) is hereby dismissed without prejudice;

IT IS FURTHER ORDERED that the Motion to Abstain filed by Stephen Brownell on 10/3/06 (Docket #27) is hereby dismissed without prejudice;

IT IS FURTHER ORDERED that the First Motion to Dismiss Case filed by TMS Energy Services on 10/4/06 (Docket #30) is hereby ~~dismissed~~ *withdrawn* without prejudice;

IT IS FURTHER ORDERED that Adversary No. 06-03554 and Adversary No. 06-03594 shall remain on this Court's docket and Stephen Brownell and TMS Energy Services ~~shall both withdraw their~~ *are hereby withdrawn* Motions for Remand ~~within 10 days from the date of entry of this order~~; *and*

IT IS FURTHER ORDERED that the debtor will file a plan and a disclosure statement within

30 days from the date of entry of this order;

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 1104 a chapter 11 trustee shall be appointed, and that the U.S. Trustee shall nominate a trustee to serve as the chapter 11 trustee in this case, ~~within 30 days from the date of entry of this order; and~~ and ze

SIGNED _Dec 7_____, 2006.

_____
Letitia Z. Clark
United States Bankruptcy Judge

AGREED AND ENTRY REQUESTED:
FUQUA & KEIM, L.L.P.

By: _____
Richard L. Fuqua
Texas Bar No. 07552300
Admission No. 4546
2777 Allen Parkway, Suite 480
Houston, Texas 77019
Tel.   (713) 960-0277
Fax   (713) 960-1064
*Attorneys for AMPRO ENERGY, L.P.*
*as Debtor in Bankruptcy Case No. 06-34291, and*
*as Plaintiff in Adversary No. 06-03554*

MAHENDRU, P.C.

By: /s/ with permission </u>
Ashish Mahendru
Texas Bar No. 007969890
1111 Bagby, Suite 2000
Houston, Texas 77002
Tel.   (713) 571-1519
Fax   (713) 651-0776
*Attorneys for Party-in-Interest*
STEPHEN BROWNELL


ESSMYER & TRITICO, LLP

By: _____
Michael M. Essmyer
Texas Bar No. 06672400
4300 Scotland
Houston, Texas 77007
Tel.   (713) 869-1155
Fax   (713) 869-8957
*Attorneys for Party-in-Interest*
TMS ENERGY SERVICES *as assignee of Anne Weiss and John Chacko*


HUNTON & WILLIAMS, LLP

By: _____
Steven T. Holmes
Texas Bar No. 00794918
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, Texas 75201
Tel.   (214) 979-3000
Fax   (214) 880-0011
*Attorneys for Party-in-Interest*
TXU Portfolio Management Company, LP

By: *Ellen Maresh Hickman*
Ellen Maresh Hickman
Texas Bar No. 12975800
515 Rusk St., Suite 3516
Houston, Texas 77002
Tel.   (713) 718-4650
Fax   (713) 718-4670
*Attorney for U.S. TRUSTEE*

MAHENDRU, P.C.

By: /s/ Ashish Mahendru
Ashish Mahendru
Texas Bar No. 007969890
1111 Bagby, Suite 2000
Houston, Texas 77002
Tel. (713) 571-1519
Fax (713) 651-0776
*Attorneys for Party-in-Interest*
*STEPHEN BROWNELL*


ESSMYER & TRITICO, LLP


By: _____
Michael M. Essmyer
Texas Bar No. 06672400
4300 Scotland
Houston, Texas 77007
Tel. (713) 869-1155
Fax (713) 869-8957
*Attorneys for Party-in-Interest*
*TMS ENERGY SERVICES as assignee of Anne Weiss and John Chacko*


HUNTON & WILLIAMS, LLP


By: _____
Steven T. Holmes
Texas Bar No. 00794918
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, Texas 75201
Tel. (214) 979-3000
Fax (214) 880-0011
*Attorneys for Party-in-Interest*
*TXU Portfolio Management Company, LP*